686

Koch, Appellant, vs. The Milwaukee Electric Railway & Light Company, Respondent.

For the appellant: *Mayer, Vandercook & Wilde,* attorneys, and *Walter F. Mayer* and *Marshall A. Rice* of counsel, all of Milwaukee.

For the respondent: *Shaw, Muskat & Paulsen,* attorneys, and *F. H. Prosser* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

*April 27, 1937.*

Fries, Respondent, vs. Lallier, Administratrix, Appellant.

For the appellant: *Sutherland, Hughes & Sutherland* of Fond du Lac.

For the respondent: *John P. McGalloway* of Fond du Lac.

*By the Court.*—Judgment affirmed.

G. Reinke & Company and another, Appellants, vs. Industrial Commission and another, Respondents.

For the appellants: *Coleman & Barry* of Milwaukee.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.